**MEMO ENDORSED**



**LGR LAW, LLC**
**FEDERAL CRIMINAL DEFENSE**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-9-24
```

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

August 7, 2024

*Via ECF*
Hon. Lewis A. Kaplan
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

          Re: USA v. Patrick Butler
              Case No. 24-cr-290 (LAK)

Dear Judge Kaplan,

      I represent Mr. Butler in the above-referenced matter and write to respectfully make two requests—one to modify the conditions of Mr. Butler's bail and the other to reschedule the pretrial conference in this matter currently scheduled for September 11, 2024. Mr. Butler is currently under the supervision of Pretrial Services, and has travel restrictions pursuant to the conditions of his release pending trial. Mr. Butler is respectfully requesting permission from the Court to travel to Concord, North Carolina, to take care of his sister who will be undergoing surgery. He would be traveling by car, and is requesting to leave the jurisdiction on September 7, 2024 and return on September 30, 2024. Pretrial Services has the address where he will be staying, and the relevant information regarding the surgical appointments to which Mr. Butler will be transporting his sister. Jessica Aguilar-Adan, on behalf of Pretrial Services, has no objection to this request. Likewise, Sebastian Swett, on behalf of the government, has no objection to this request.

      To facilitate Mr. Butler's ability to travel and take care of his sister, we respectfully request that the Court reschedule the pretrial conference to an earlier date. The parties have conferred and, if it is convenient for the Court, are available on Thursday, September 5, 2024, at any time, or Friday, September 6, 2024, except for 10-11 AM. If neither of those days are convenient for the Court, we would respectfully request a date that is. Sebastian Swett, on behalf of the government, has no objection to this request.

Your Honor's time and consideration is greatly appreciated.

Respectfully submitted,

Lorraine Gauli-Rufo, Esq.
*Attorney for Patrick Butler*

cc: Sebastian Swett, AUSA
    Jessica Aguilar-Adan, PTSO

Granted. The pretrial conference is rescheduled for September 5, 2024 at 3:30pm.

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

August 9, 2024