# MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/24

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,  :

          -v-  :

                              :        NO. 24-CR-290 (LAK)

PATRICK BUTLER  :

          Defendant
-----------------------------------------------------------x

_____

### BRIEF IN SUPPORT OF MOTION TO DISMISS THE INDICTMENT
_____

Motion is denied in light of defendant's concession that "this pretrial motion is premature." *See* dkt 23 (Def. Reply).

8/12/24
SO ORDERED
*/s/ Lewis A. Kaplan*
LEWIS A. KAPLAN, USDJ

*Lorraine Gauli-Rufo*
LGR Law Group, LLC
6 Pompton Ave, Suite 25
Cedar Grove, NJ 07009
Tel.: 973-239-4300
Email: lorraine@lgrlawgroup.com