

**LGR LAW, LLC**
FEDERAL CRIMINAL DEFENSE
Lorraine@lgrlawgroup.com
WWW.LGAULIRUFO.COM

**MEMO ENDORSED**

LORRAINE GAULI-RUFO, ESQ.

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

HANNAH EAVES, ESQ

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/25

March 25, 2025

*Via ECF*
The Hon. Lewis A. Kaplan
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

        Re: United States v. Patrick Butler
        Case No: 24-CR-290 (LAK)

Dear Judge Kaplan,

      I represented Mr. Butler in the above-captioned case. On March 19, 2025, Your Honor sentenced Mr. Butler to Time Served, followed by 2 years of Supervised Release, 3 months of which are to be served on Home Detention. Mr. Butler's Pretrial Services Officer, Jessica Aguilar-Adan, has advised Mr. Butler that in order to prevent his passports, which are currently in the custody of Pretrial Services, from being returned to the Department of State, a Court Order is required from Your Honor to transfer the custody of his passports from the Pretrial Services Department in the Southern District of New York to Mr. Butler so he may relinquish them to the Probation Department in the Eastern District of New York where his supervision will take place. Therefore, we are respectfully requesting that Your Honor order Jessica Aguilar-Adan, Mr. Butler's Pretrial Services Officer, to release Mr. Butler's passports to him so that he may relinquish them to the custody of the Probation Department in the Eastern District of New York within the time prescribed by his Probation Officer. Jessica Aguilar-Adan, on behalf of Pretrial Services, consents to this request. Meredith Foster, on behalf of the government, has no objection to this request.

    Your Honor's time and consideration of this matter is greatly appreciated.

                        Respectfully Submitted,

*[signature: Lorraine Gauli-Rufo]*

Lorraine Gauli-Rufo, Esq.
*Attorney for Patrick Butler*

cc: Meredith Foster, AUSA
    Jessica Aguilar-Adan, PTSO

Granted

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

3/26/25

2