

Lorraine@lgrlawgroup.com
WWW.LGAULIRUFO.COM

LORRAINE GAULI-RUFO, ESQ.                                              HANNAH EAVES, ESQ

NEW JERSEY OFFICE                                                       NEW YORK OFFICE
06 POMPTON AVENUE, SUITE 25                                             347 5TH AVENUE, SUITE 1402
CEDAR GROVE, NJ 07009                                                   NEW YORK, NY 10016
(973) 239-4300                                                          (646) 205-2259

June 19, 2025

*Via ECF*
Hon. Lewis A. Kaplan
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Patrick Butler
24-CR-290- 001 (LAK)

Dear Judge Kaplan:

I represent Mr. Butler in the above-referenced matter. I am writing to request a temporary modification of the terms of Mr. Butler's supervised release. Mr. Butler is respectfully requesting permission from the Court to travel to England from June 25, 2025 and return on July 1, 2025 to attend his Aunt's funeral. Mr. Butler will be traveling with his wife Donnalyn Adlam-Butler and sister Stephanie Butler. Mr. Butler will coordinate all travel arrangements with Pretrial Officer Moises Pena, who has no objection to this request. However, given that Mr. Butler is currently on an ankle monitor, while probation agrees to remove the ankle monitor on the dates referenced above, they note that he will need to make up those days on the ankle monitor when he returns. Officer Pena advised that they will "will inactivate [his ankle bracelet] before his travel date and ... reinstall [it] when gets back." Catherine Ghosh, on behalf of the Government, defers to Probation on this request.

Thank you for Your Honor's time and consideration to this request.

Respectfully submitted,

*Lorraine Gauli-Rufo*

Lorraine Gauli-Rufo, Esq.
*Attorney for Patrick Butler*

cc: Catherine Ghosh, AUSA
    Moises Pena, Probation

MEMO ENDORSEMENT.

Application granted.

So Ordered:   /s/ Hon. Lewis A. Kaplan

_____
Hon. Lewis A. Kaplan, U.S.D.J.
Dated:     6/20/2025