# LGR LAW, LLC
**FEDERAL CRIMINAL DEFENSE**

Lorraine@lgrlawgroup.com
WWW.LGAULIRUFO.COM

LORRAINE GAULI-RUFO, ESQ.

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

HANNAH EAVES, ESQ.

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/30/25

July 29, 2025

*Via ECF*
Hon. Lewis A. Kaplan
United States District Court Judge
Daniel Patrick Moynihan Building
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: USA v. Patrick Butler
Case No. 24-cr-290

Dear Judge Kaplan:

I represented Mr. Butler in the above-captioned matter. Mr. Butler is currently serving a term of supervised release. I am writing to respectfully request a temporary modification of the terms of his supervised release to allow Mr. Butler to travel to Guangzhou, China from August 12, 2025 to August 31, 2025 with his wife. Mr. Butler will provide his itinerary and coordinate all travel with the U.S. Probation Office. Moises Pena, Mr. Butler's probation officer who supervises him in the Eastern District of New York, has no objection to this request. Meredith Foster, on behalf of the government, defers to probation's position. Your Honor's time and consideration to this request is greatly appreciated.

Respectfully Submitted,

*Lorraine Gauli-Rufo*

Lorraine Gauli-Rufo, Esq.

*Attorney for Patrick Butler*

cc: Meredith Foster, AUSA
    Moises Pena, USPO (EDNY)

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

07/30/25