

Lorraine@lgrlawgroup.com
WWW.LGAULIRUFO.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-6-25

LORRAINE GAULI-RUFO, ESQ.

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

AMBER CARTER, ESQ

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

Please Reply to the Cedar Grove Office

October 3, 2025

*Via ECF*
Hon. Lewis A. Kaplan
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Patrick Butler*
Case No. 24-cr-290-001 (LAK)

Dear Judge Kaplan:

I represent Patrick Butler in the above-referenced matter. I am writing to request a temporary modification of the terms of Mr. Butler's supervised release. Mr. Butler is respectfully requesting permission from the Court to travel to Antigua-Barbuda, West Indies from October 13, 2025 and return on October 31, 2025 to assist his family in building a house. Mr. Butler will be traveling with his wife Donnalyn Adlam-Butler. Mr. Butler will coordinate all travel arrangements with Probation Officer Tiffany Duque, who does not oppose this request. Catherine Ghosh, on behalf of the Government, defers to Probation on this request.

Thank you for Your Honor's time and consideration to this request.

Respectfully submitted,

SO ORDERED

LEWIS A. KAPLAN, USDJ 10/6/25

*Lorraine Gauli-Rufo*

Lorraine Gauli-Rufo, Esq.
*Attorney for Patrick Butler*

cc: Catherine Ghosh, AUSA
    Tiffany Duque, Probation

2