

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-1-25

**LGR**

**LAW, LLC**

**FEDERAL CRIMINAL DEFENSE**

Lorraine@lgrlawgroup.com
WWW.LGAULIRUFO.COM

| | |
|---|---|
| NEW JERSEY OFFICE | NEW YORK OFFICE |
| 06 POMPTON AVENUE, SUITE 25 | 347 5TH AVENUE, SUITE 1402 |
| CEDAR GROVE, NJ 07009 | NEW YORK, NY 10016 |
| (973) 239-4300 | (646) 205-2259 |

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

November 24, 2025

*Via ECF*
Hon. Lewis A. Kaplan
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Re: United States v. Patrick Butler
> 24-CR-290- 001 (LAK)

Dear Judge Kaplan:

I represent Mr. Butler in the above-referenced matter. I am writing to request a temporary modification of the terms of Mr. Butler's supervised release. Mr. Butler is respectfully requesting permission from the Court to travel to Jamaica on December 25, 2025 and return on January 8, 2025 to attend the funeral of a family member, Joseph Alexander Nickle. Mr. Butler will be traveling with his wife Donnalyn Adlam-Butler, and staying at his wife's family home in Sheffield, Westmoreland, Jamaica. Mr. Butler will coordinate all travel arrangements with Probation Officer Tiffany Duque, who has no objection to this request. Meredith Foster, on behalf of the Government, defers to Probation on this request.

Thank you for Your Honor's time and consideration to this request.

Respectfully submitted,

*Lorraine Gauli-Rufo*

Lorraine Gauli-Rufo, Esq.
*Attorney for Patrick Butler*

cc: Meredith Foster, AUSA
Tiffany Duque, Probation

SO ORDERED

_____

LEWIS A. KAPLAN, USDJ