

# LGR
## LAW, LLC
### FEDERAL CRIMINAL DEFENSE

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM



*Via ECF*
Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

April 08, 2026

RE: United States v. Butler
24-cr-00290-LAK-1

Dear Judge Kaplan:

I was appointed to represent Patrick Butler in the above captioned case pursuant to the Criminal Justice Act ("CJA"). I am respectfully requesting to be reappointed in this matter to seek the early termination of Mr. Butler's supervised release. I recently spoke with Mr. Butler's U.S. Probation Officer, Nicolas Edon, and I believe there are valid grounds to seek this relief. Mr. Butler has been under supervision for more than one year and has fully paid his entire obligation for restitution, forfeiture, and all fines. Meredith Foster, AUSA, on behalf of the Government opposes Mr. Butler's request for early termination of his supervised release. Nonetheless, my client has requested that I seek reappointment.

Your Honor's time and consideration of this matter is greatly appreciated.

*Denied. Given defendant's financial resources as stated, he can afford retained counsel for this very limited purpose.*

**SO ORDERED**

LEWIS A. KAPLAN, USDJ

*4/21/26*

Respectfully Submitted,

*Lorraine Gauli-Rufo*

Lorraine Gauli-Rufo, Esq.

cc: Foster, Meredith, AUSA
    Edon, Nicolas, USPO