# Federal Defenders

## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 4, 2026

**BY ECF**

The Honorable Lewis A. Kaplan
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    **United States v. Patrick Butler**
24-CR-290 (LAK)

Dear Judge Kaplan,

Patrick Butler, through undersigned counsel, respectfully moves the Court for an order granting him permission to travel to London, England from May 18, 2026 to May 25, 2026. The purpose of the travel is to attend a funeral.

Mr. Butler has already completed over one year of his two-year term of supervised release. Notably, his supervised release conditions only require permission from the probation office to travel out of district. Undersigned counsel has conferred with Mr. Butler's probation officer – Nicolas Edon – who represents that his office has no objection to Mr. Butler's travels. Nevertheless, it is their office's policy to require additional court approval for international travel. Accordingly, Mr. Butler respectfully asks the Court to approve his travel request. He will provide his full itinerary to his probation officer upon approval.

SO ORDERED *Granted*

LEWIS A. KAPLAN, USDJ

5/5/26

Respectfully Submitted,
/s/
Kristoff Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-26